IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR366 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| HENRY GOODIN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER previously came before the Court at a hearing on June 18, 2009, regarding the Petition for Offender Under Supervision (Filing No. 3). At that time the Defendant requested an opportunity to participate in treatment, and the Court was receptive provided that proper treatment could be arranged. The Court, now being fully advised of the premises, finds that the Defendant's Conditions of Supervised Release should be amended. Accordingly,

IT IS ORDERED that the Defendant's Conditions of Supervised Release are amended. The United States Marshal is ordered to release the Defendant to the custody of the Federal Public Defender's office on August 5, 2009, to be transported to Williams Prepared Place. He shall continue to reside at such facility and obey all rules of said facility. He shall remain subject to all other conditions of supervised release previously set by the Court, and if he is discharged from the facility for any reason, a warrant for his arrest shall issue and he shall be produced before the Court for a prompt hearing. He shall also, unless otherwise ordered, appear before the Court for the final dispositional hearing previously set by the Court on **August 25, 2009, at 8:30 a.m.**

Dated: August 4, 2009

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge