### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **8:08CR366** |
| vs. ) | |
| ) | **ORDER** |
| **HENRY GOODIN,** ) | |
| ) | |
| Defendant. ) | |

Defendant Henry Goodin appeared before the court on Monday, November 9, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [19]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. The government moved for detention and a detention hearing was held. The Defendant waived a preliminary examination. The court denied the government's request for detention.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 23, 2009 at 10:30 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 10th day of November, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge